**PRISONER CASE**



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Civil Cover Sheet

**FILED**
DEC 27 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | GREGORY CHAMPION | **Defendant(s):** | THOMAS DART, etc., et al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Gregory Champion
#2006-0080031
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**FILED**
DEC 27 2007
Dec 27 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

07CV7267
JUDGE PALLMEYER
MAG. JUDGE VALDEZ

**Citizenship of Principal Parties (Diversity Cases Only):**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** *Q. F. Woodham*  **Date:** 12/27/2007

Pallmeyer  07 C6414
Valdez