12/26/07

Dear Clerk of the District Court,

R.E. CHAMPION
v
DART & GODINEZ
DATED 12/04/07

07 C 7267

To whom it may concern,

FILED
JAN 0 2 2008 aew
Jan 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I filed "1983" complaint against Sheriff Dart & Director Godinez regarding an attack I suffered in division 2, dorm 2, N House, on 12/04/07. The actual officers on duty were Deputy King, & Deputy Ms. Parks!! Please do not dismiss my case because I did not inclose this information. Also, please assign me an attorney. From what I understand, Floyd King (Detainee) was not even punished for punching me in eye breaking my glasses. These (2) sheriff deputies, acting under color of state law, failed to protect me from violence violating my constitutional rights 14th — Due process & Liberty!!

Very sincerely

Gregory Champion

P.S. As for as I know, I have not been assigned a judge yet!! Also Ms. Parks informed me that I had a big mouth & that is why "Detainee King" punched me!!