FILED
JAN 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)  GREGORY CHAMPION

Case Number: 07C 7267

V.

Defendant(s)  DART
GODINEZ

Judge: Rebecca Pallmeyer

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, GREGORY CHAMPION, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:
   I have requested in writing that counsel be appointed me pursuant to my indigent status.

3. In further support of my motion, I declare that (check appropriate box):
   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In *Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Gregory L. Champion
Movant's Signature

1419 Woodhollow Ln
Street Address

1/22/08
Date

Flossmoor IL. 60422
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, (or previously have been) represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: | Honorable Ruben Castillo    Case Number: 07C1373 |
| Case Title: | Champion v Dahlquist et al |
| Appointed Attorney's Name: | Laura Cullison |
| If this case is still pending, please check box | [X] |

| | |
|---|---|
| Assigned Judge: | _____    Case Number: _____ |
| Case Title: | _____ |
| Appointed Attorney's Name: | _____ |
| If this case is still pending, please check box | [ ] |

| | |
|---|---|
| Assigned Judge: | _____    Case Number: _____ |
| Case Title: | _____ |
| Appointed Attorney's Name: | _____ |
| If this case is still pending, please check box | [ ] |

| | |
|---|---|
| Assigned Judge: | _____    Case Number: _____ |
| Case Title: | _____ |
| Appointed Attorney's Name: | _____ |
| If this case is still pending, please check box | [ ] |