1/26/08

8:12 p.m.

Ⓐ

**FILED** R.f. 07C 6070

JAN 31 2008

JAN 31 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk of the District Court and the Honorable Rebecca Pallmeyer:

This is Gregory Champion again & I just received your notice that I have a status hearing set for 02/01/08.

I sent in the (5) requests for the appointment of counsel pursuant to cases 07C 1373, 07C 6070, 07C 6414, (07C 7267) and 08C 0022.

As soon as counsel is appointed in case 07C 6070, I have all of my evidence ready however I want or request leave to file an amended petition. You ruled that Sheriff Dart, Director Godinez, & County Jail were not suable, however it was my oversight as to the exact sheriff's deputies, who, under color of law, violated my constitutional rights by not getting me medical attention in a timely manner. They are Sheriff's deputy Judge & Sheriff's deputy Bradshaw. The incidents happenned between 02/05/07 & 04/04/07, in division 5, deck 1K. I told both of them on several occasions that I needed help for scalp staph infection but they obviously were unable to get me help until 04/05/07. So I need to add these 2 individuals to the current complaint & then I am ready to go to trial. Please have attorney contact me asap so that we can get the ball rolling & resolve this particular litigation.

I also am ready to proceed in all my other cases as soon as I am appointed counsel in those.    Thank You. Very Sincerely, Greg Champion #20060080031 P.O. Box 089002 Chgs. Ill. 60608