UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
FEB 07 2008
FEB 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Gregory CHAMPion

_____

VS

Sheriff Deputy Ms. Parks
Sheriff Deputy Mr. King
Corporation, Cook County

CASE NUMBER

Honorable    07C 7267
Rebecca Pallmeyer

AMENDED COMPLAINT
COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. CODE

A. Name: Gregory Champion

B. List all aliases: _____

C. Prisoner identification number: 20060080031

D. Place of present confinement: Cook County Jail

E. Address: 2700 South California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Sheriff Deputy Ms. Parks

Title: Sheriff Deputy

Place of Employment: Cook County Jail

B. Defendant: Sheriff Deputy Mr. King

Title: Sheriff Deputy

Place of Employment: Cook County Jail

C. Defendant: County of Cook

Title: Corporation

Place of Employment: Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

1/31/08
8:15 A.M.
RE. 08C0022
amended 07C6414
amended 07C7267

Dear Clerk of the District Court and the Honorable Judge Pallmeyer,

This is Gregory Champion. I inadvertently forgot to include Exhibits pp. 3A→3G my previous lawsuits in my complaints. Could you please forward these sheets into (amended→07C6414) (amended→07C7267) & 08C0022 as exhibits, I would hate for my lawsuits to get dismissed because of my oversight of listing previous lawsuits!! I cannot get copies made because inexplicably, I cannot get called to law library.

Very Very Sincerely, & Regrettably forgotten,

P.S. I also cannot get service copies of amended complaints. County Jail is preventing me from going to law library!! 02/02/08

Gregory Champion
#20060080031
P.O. Box 089002
Chgo. Ill. 60608

I only was able to make (1) complete sets of "previously filed lawsuits" 3A→3G !! 02/02/08

Please include 3A→3G in 07C6414, 07C7267, & 08C0022 !!

Very important: In pending case 08C0022, I included all exhibits pertaining to fake subpoena & County Jail. I could not name as defendant individual states attorney responsible for fake subpoena because they are not known. Also, I could not name County Jail employee responsible for releasing my property & clothes to Detective Delia or asst. States attorney "Peo Sapeta" because they are not known. Cook County Jail has no record of releasing my belongings to anyone other than the property release sheet, exhibit #4.

Thank You Once Again !!

P.S. This alleged asst. States attorney Peo Sapeta cannot be found. Please Judge Pallmeyer, do not let these people get away with this misconduct!!! They all

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _CHAMPion v Devine_
_08 C 0022_

B. Approximate date of filing lawsuit: _12/24/07_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Greg Champion_

D. List all defendants: _Dick Devine, Director Godinez, Thomas Dart #20736, Delia C/P.O., City of Chicago_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District_

F. Name of judge to whom case was assigned: _Pallmeyer_

G. Basic claim made: _Illegal Search, Seizure_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: CHAMPion v DArT 07c 7267

B. Approximate date of filing lawsuit: 12/04/07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: GreG CHampion

D. List all defendants: Thomas DArT, Director Godinez

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: Pallmeyer

G. Basic claim made: 14 Ave Process

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: ___

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A. Name of case and docket number: Champion v Dahlquist 07C 1373

   B. Approximate date of filing lawsuit: 3/15/07

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Gregory Champion

   D. List all defendants: C.P.D. Delia #20736, CPD Co.T #16311 CPD Clires, Ronald Dahlquist, CPD, City of Chicago

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District, Eastern Division

   F. Name of judge to whom case was assigned: Castillo

   G. Basic claim made: Due process violations, false arrest, ETC.

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

   I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: CHampion v Eagle Printing 07C 1702

B. Approximate date of filing lawsuit: 3/27/07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: CHampion

D. List all defendants: Frank Rosienski    Kevin Rosienski

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: Castillo

G. Basic claim made: Illegal Termination

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed, No Appeal

I. Approximate date of disposition: 4/15/07

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

    A. Name of case and docket number: Champion v Godinez 3542 ??

    B. Approximate date of filing lawsuit: 7/05/07

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Champion

    D. List all defendants: Godinez, Delia, City of Chgo. Dick Devine, Pev Sapetor

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

    F. Name of judge to whom case was assigned: Castillo

    G. Basic claim made: Illegal Search & Seizure

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed. No Appeal

    I. Approximate date of disposition: 07/23/07

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

A. CHAMPION V TING
   07C6070

B. 10/23/07

C. Gregory CHAMPION

D. Dr. A. Ting
   Paramedic Victoria Furlow

E. Northern District

F. Pallmeyer

G. INDIFFERENCE To Severe Medical Emergency

H. Pending

A. CHAMPION v DOOTY ET AL
   07C 6414

B. 10/13/07

C. GREGORY CHAMPION

D. SARGENT DOOTY
   SHERIFF DEPUTY JUDGE
   C.P.D. Delia #20736
   C.P.D. Hoffman
   CITY OF CHICAGO

E. Northern DISTRICT

F. Pallmeyer

G. False Arrest, Failure To Protect

H. Pending

**V.   Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On 12/04/07, the (2) defendant sheriff's deputies were on duty at Cook County jail, division 2, dorm 2, Medical tier N House, 1rst shift (7am → 3pm).

2. They were both aware of minimum security status of Dorm 2 N House.

3. They both were aware of maximum security status of "Floyd King, multi-convicted detainee," whom they both are familiar with for many years. King is known all over the jail by sheriff's deputies as maximum security, lifelong habitual dangerous felon, gang header??

4. Circa 2 p.m. on 12/04/07, Floyd King walked over to Plaintiff Champion, who was lying on bed directly next to Kings, & punched Champion in right eye, breaking his glasses, & causing great bodily harm to Champion's right eye. Champion's right eye socket was still healing from previous attack on 06/15/07 // in division 5 unit 1K // oo

6                                                        Revised: 7/20/05

5. Plaintiff Champion proceeded to run outside, to sheriff deputy Ms. Parks who stated that "the reason why felon King punched Plaintiff Champion was because he CHAMPION had big mouth & talked too much." Plaintiff Champion then informed Ms. Parks that she was liable to lawsuit & she responded again "thats why King punched me, I have big mouth!!"

6. At this time, sheriff deputy King came over yelling that "I should watch my mouth & do not threaten lawsuit to Deputy Parks like that." I was treated as if I was perpetrator of incident not victim. Champion continues to suffer from mental "emotional" & occasional double vision. When the glasses broke, the flying temple injury!! almost put my left eye out!!!

7. At no time was Plaintiff Champion allowed to press charges against detainee "Floyd King". King was transferred to dorm 1, where he was seen joking with deputies "King & Parks".

8. Both deputies acted under color of state law showed to deliberate indifference to my substantial risk of serious injury, by maximum security detainee→Floyd, King. I want Both defendants liable to me for $1,500,000.00 apiece. one million, Five Hundred Thousand apiece!!

By signing this complaint, I certify/certification that the facts stated are true to the best of my knowledge. I understand that if this certification is not correct, I may be subject to sanctions by this court. Signed 1/29/08 Gregory Champion

VI.    Relief:

Gregory CHAMPION
20060080031
71419 Woodhollow Ln
Flossmoor IL. 60422

Revised: 7/20/05

I demand jury trial, & the appointment of counsel. Request