# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          **Case: 07 C 7267**

GREGORY CHAMPION

        Plaintiff,
v.                                                         Judge Rebecca Pallmeyer

SHERIFF THOMAS DART, et al.,
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Executive Director Godinez, Defendant.

| | |
|---|---|
| NAME | Daniel J. Fahlgren, Assistant State's Attorney |
| SIGNATURE | *s/Daniel J. Fahlgren* |
| FIRM | COOK COUNTY STATE'S ATTORNEY'S OFFICE |
| STREET ADDRESS | 500 RICHARD J. DALEY CENTER |
| CITY/STATE/ZIP | CHICAGO, IL 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06201163 | TELEPHONE NUMBER (312) 603-3304<br>email- Dfahlgr@cookcountygov.com |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |