Gregory CHAMPION    3/26/08
20060080031   07C7267

**F I L E D**    RE. 07C7267 CH
Mar 12, 2008 MB    8:15 p.m.

Dear Clerk of the District Court the 2008Honorable Rebecca Pallmeyer

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Today, at 2:00 p.m., I just received the notification from the U.S.

Marshall that in case 07c7267, Defendants Godinez & Sort were

being served process. I had no idea that my original complaint had

been accepted by you. Usually, when I mistakenly in the past

have sued "supervisors" instead of the actual "state agents" involved,

you inform me to submit an amended complaint, naming individual officers.

Coincidently, today at 9:30 am, I happenned to file an 2nd amended

complaint naming Deputy Parks & Deputy King as defendants, & placed all

3 copies in the mail at 2:00 p.m. Since you apparently have accepted

Sort & Godinez as defendants, that is good with me, However if you

want, you can include Parks & King. I never received your threshold

review, Sheriff Dept. sometimes does not give me mail!!

Counsel would be greatly appreciated.

**F I L E D!!**

MAR 1 2 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT    over →

Very Sincerely.

Gregory Champion

\# 2006 008 0031

P.O. Box 089002

Chgo. Ill. 60608


P.S. Could you please re-send a copy of your order, regarding my original threshold review of complaint, 07C 7267, stating that you find Dart & Godinez possibly lable for failure to protect or otherwise, Thank You Very Much,

G.L.C.