3/11/08  MHN

P.E. 07C7267

aew Honorable R. Pallmeyer

FILED
MAR 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk of the District Court,

3-14-2008

As I have mentioned in a previous letter, Cook County Jail did not deliver to me my mail from you to me pertaining to your order (threshold review) of my initial complaint 07C7267. Would you please re-mail me this pending. While being unaware that you accepted 07C7267 I drafted a 2nd amended complaint stating the exact (2) officers involved in the complaint.

If it is o.k. with you I would like to include Deputy Parks & Deputy King as defendants in the failure to protect as well as Dart & Godinez, in the capacity that you have already accepted.

Once Again,
Thank you Sincerely Very Much

Gregory Champion
20060080031
P.O. Box 089002
Chgo. Ill. 60608

P.S. I just received notice from the U.S. Marshall that Dart & Godinez were served!!