FILED
Mar 31, 2008
MAR 3 1 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3/25/08

Dear Clerk of the District Court and Judge Rebecca Pallmeyer:

I mailed in an amended complaint naming Sheriff deputies Ms. Parks, and deputy King as defendants. I am writing to verify that you received this complaint. After reading your threshold review of the original complaint, of course I choose, elect, to drop defendants Dart & Godinez, as I realize they are <u>not</u> suable parties since they had no direct knowledge of dangerous Felon Floyd King being put in close proximity to myself. If for some crazy reason you never received my amended complaint, Please inform me so that I can re-send, actually I am resending a copy with this letter.

    Thank You, Once Again;

    Gregory Champion
# 20060080031
P.O. Box 089007
Chgo. Ill. 60608

CHAMPION   07C7267
 v.
Deputy Ms. Parks   Pallmeyer
Deputy King

AS YOU CAN SEE, THE COPY MACHINE AT DIV. 5
is not working again so i am not able to have copies
of my amended complaint and other correpondence. please
forgive me..

3/26/08

*Gregory Champion*