04/09/08

RE 07C7267

**FILED**
APR 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk of District Court and Honorable R. Pallmeyer.

This is Gregory Champion again. I never received copy of summons issuance or the latest docket text pertaining to my amended complaint, your threshold review of amended complaint naming Deputy Ms Parks and Deputy King as defendants. If they have been served I need to know so that after 20 days, I can file for default against those 2 defendants. Is assistant States Attorney Fahlgren representing them as well I have received no answer or formal pleading from their counsel.

Sincerely Gregory Champion
Please Respond

20060080031

P.O. Box 089002
Chgo. Ill. 60608