**United States District Court, Northern District of Illinois**

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7267 | **DATE** | April 18, 2008 |
| **CASE TITLE** | Gregory Champion #2006-0080031 v. Dart | | |

**DOCKET ENTRY TEXT:**

Plaintiff has again moved for leave to proceed in forma pauperis. As the court has previously granted him leave to do so, this second motion (15) is denied as moot. The court will review plaintiff's second amended complaint, which names new Defendants, to determine whether or not it survives § 1915 review. Finally, plaintiff has written several letters to the court, apparently without providing copies of Defendants. Those letters are stricken, and Plaintiff is reminded that all filings in this court must be in the form of pleadings, with copies sent to Defendants or their attorneys.

Docketing to mail notices.

| | Courtroom Deputy Initials: | STE |
|---|---|---|