## United States District Court for the Northern District of Illinois

Case Number: **07 C 7267**   Assigned/Issued   By: _aw_

### FEE INFORMATION

**Amount Due:**   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

No. Service copies _1 of third amended complaint_   Date: _6-9-08_
(For use by Fiscal Department Only)

Amount Paid: ___X___   Receipt #: ___X___

Date Payment Rec'd: ___X___   Fiscal Clerk: ___X___

### ISSUANCES

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets   (name of victim, who it's against and $ amount)

☐ Writ _____
(Type of Writ)

Original and ___ copies on ___ as to ___
(Date)

C:\wpwin80\docket\feeinfo.frm   04/10/06