06/03/08  AC

**FILED**
JUN 9 2008 aew
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Honorable Rebecca Pallmeyer:

Please, since I have not been appointed counsel on any of my cases, could you please send me correspondence informing Cook County jail to allow me access to the law library as often as I request it. The sessions last (1) hour and currently I am being called every 7 business days. I am working on (4) Federal suits and typing letters to attorney's and I need at least (3) sessions per week. There are times when the copier is down or no postage is available and then I go (2) weeks with no effective access.

Please draft letter & mail it to me or Cook County legal dept. division 5, 2nd floor.

I can show it to law library Clerk and she will schedule me accordingly.
Thank You

Gregory Champion         07C6414
Plaintiff                07C6070
#20060080031             (07C7267)
P.O. Box 089002
Chgo. Il. 60608