IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
EASTERN DIVISION

GREGORY CHAMPION
    plaintiff

NO. 07c7267
HON. REBECCA PALMEYER

v

THOMAS DART ET ALL

**FILED**

JUL 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR LEAVE TO FILE 4TH AMENDED COMPLAINT

NOW COMES THE PLAINTIFF, GREGORY CHAMPION, IN HIS PROPER SELF, AND HE MOVES THIS HON-
ORABLE COURT TO GRANT THIS TIMELY FILED MOTION. IN SUPPORT OF THIS REQUEST, PLAINTIFF STATES:

THE 4TH AMENDED COMPLAINT IS BASICLY THE SAME AS 3RD WITH 1 SMALL DIFFERENCE, THAT BEING
THE NUMBERING OF ALL PARAGRAPHS, AND THE ADDITION OF THE INDIVIDUAL COUNTS AS THEY PER-
TAIN TO EACH DEFENDANT.

THIS 4TH AMENDED COMPLAINT IS NOW READY FOR SUMMARY/TRIAL PHASE.

WHEREFORE, THE DEFENDANT HOPES AND PRAYS THAT THIS COURT HAS REVIEWED THE ABOVE STATED
FACTS AND GRANT THIS REQUEST FOR THIS MOTION FOR LEAVE TO FILE 4TH AMENDED COMPLAINT.

RESPECTFULLY SUBMITTED

DATED 06/24/08
CHGO. ILLINOIS

*Gregory Champion*

### CERTIFICATE OF SERVICE

I, GREGORY CHAMPION, PLAINTIFF, HEREBY CERTIFY THAT I CAUSED

A TRUE AND CORRECT COPY OF THE ATTACHED Motion for Leave
07C7267
To File 4th Amended  . I AM SERVING THIS DOCUMENT
Complaint
VIA U.S. MAIL TO Daniel Fahlgren 500 Daley

Center CHGo. IL. 60602

DATED: 6/24/08

CHICAGO, ILLINOIS


GREGORY CHAMPION
PLAINTIFF

*Gregory Champion*