# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7267 | **DATE** | 8/15/2008 |
| **CASE TITLE** | Gregory Champion vs. Godinez, et al | | |

**DOCKET ENTRY TEXT**

Telephone status hearing set for 8/28/2008 at 8:30 a.m., call to be initiated by counsel for Defendants.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|