**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GREGORY CHAMPION, ) | |
| ) | |
| Plaintiff, ) | No. 07 C 7267 |
| -v ) | |
| ) | Judge Rebecca R. Pallmeyer |
| EXEC. DIRECTOR GODINEZ, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**TO:** Gregory Champion
#2006-0080031
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

PLEASE TAKE NOTICE that on August 19, 2008, I caused to be filed by CM/ECF, in the United States District Court, Northern District of Illinois, Eastern Division, the attached **Defendant Dart's Answer To Plaintiff's 4th Amended Complaint.**

Respectfully submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By  *s/Daniel J. Fahlgren*
Daniel J. Fahlgren #6201163
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3304

## CERTIFICATE OF SERVICE

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached document was served upon the person named above on August 19, 2008, electronically, pursuant to ECF Gen Order XI (C).

*s/Daniel J. Fahlgren*