# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7267 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Gregory Champion vs. Godinez, et al | | |

**DOCKET ENTRY TEXT**

Telephone status conference convened. Attorney Fahlgren will determine whether Defendants King and Godinez will waive service and if they decline to do so, will notify the court that summons should issue as to those Defendants. All discovery to be complete by 10/31/2008. Telephone status conference set for 8:30 a.m. on 10/30/2008 (the call to be initiated by Mr. Fahlgren), at which time the court anticipates scheduling trial or a date for filing of dispositive motions.

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|